## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name The United States of America v. City of Boston, et al.

District Court Case No. 1:25-cv-12456 District of Massachusetts

Date Notice of Appeal filed 07/23/2026 Court of Appeals Case No. 26-1852

Form filed on behalf of United States

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) D. Ct. Dkt. No. 70, Transcript of Hearing on Motion to Dismiss (May 13, 2026)

## TRANSCRIPT ORDER

Name of Court Reporter ____________________

Phone Number of Reporter ____________________

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) __________ | |
| ☐ Testimony (specify ) __________ | |
| ☐ Other (specify) __________ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name J. Kain Day Filer's Signature /s/ J. Kain Day

Firm/Address 950 Pennsylvania Ave NW, Washington, DC 20530 Filer's Email address j.kain.day@usdoj.gov

Telephone number 202-514-4214 Date mailed to court reporter ____________________

(Court Reporter Use ONLY) Date received ____________________