# United States Court of Appeals
## For the First Circuit

No. 26-1852

UNITED STATES,

Plaintiff - Appellant,

v.

THE CITY OF BOSTON; MICHELLE WU, Mayor of The City of Boston, in the official capacity; MICHAEL A. COX, Police Commissioner, in the official capacity; BOSTON POLICE DEPARTMENT,

Defendants - Appellees.

**NOTICE**

Issued: August 31, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Matthew James O'Brien
Brianna Seid
Heather Ferbert
Lauren Langer
Tony Lopresti
Robert Magee
James J. Wen
Jordan A. Hulseberg
Rupa Bhattacharyya
Luke A. Miller
Alexandra B. Ruggie
Cristen C. Handley
Ames Grawert
Cynthia L. Amara
Rosalyn Guy-McCorkle
Austin Paganelli Anderson
Sean Skedzielewski

Elisabeth Neylan
Gustavo L. Martinez
Robert Taylor
Tinesha Zandamela

The following attorneys will continue to receive notice in this case:

Kristyn Anderson
Megan B. Bayer
Thomas Broom
Jared B. Cohen
J. Kain Day
Samuel Dinning
Abraham R. George
Laura Greenberg-Chao
Grace Lee
Donald Campbell Lockhart
Toby Merrill
Erin Monju
Jessie J. Rossman
Daniel Tenny
Edward F. Whitesell Jr.

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Jennifer - (617) 748-9885

cc:
Donald Campbell Lockhart, Daniel Tenny, Abraham R. George, Cristen C. Handley, Elisabeth Neylan, J. Kain Day, Sean Skedzielewski, James J. Wen, Jordan A. Hulseberg, Luke A. Miller, Edward F. Whitesell Jr., Toby Merrill, Thomas Broom, Samuel Dinning, Erin Monju, Grace Lee, Jessie J. Rossman, Matthew James O'Brien, Jared B. Cohen, Cynthia L. Amara, Megan B. Bayer, Laura Greenberg-Chao, Rosalyn Guy-McCorkle, Kristyn Anderson, Robert Taylor, Heather Ferbert, Tony Lopresti, Tinesha Zandamela, Rupa Bhattacharyya, Robert Magee, Alexandra B. Ruggie, Gustavo L. Martinez, Lauren Langer, Austin Paganelli Anderson, Ames Grawert, Brianna Seid