IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>THE CITY OF BOSTON; MICHELLE WU, *Mayor of The City of Boston, in the official capacity*; MICHAEL A. COX, *Police Commissioner, in the official capacity*; BOSTON POLICE DEPARTMENT,<br><br>Defendants-Appellees. | No. 26-1852 |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

The parties respectfully and jointly move this Court, pursuant to Federal Rule of Appellate Procedure 27, to modify the briefing schedule in the above-captioned matter as set forth below.

**1.** On August 13, 2026, this Court entered a briefing schedule directing the federal government to file its opening brief on September 22, 2026. Defendants-Appellees' brief would be due 30 days later (*i.e.*,

October 22, 2026), and the federal government's reply would be due 21 days after that (*i.e.*, November 12, 2026).

**2.** J. Kain Day, who has primary responsibility for preparing the federal government's briefs in this case, has been responsible for preparing the government's opening brief in *Flowers Title v. Bessent*, No. 26-40285 (5th Cir.) (filed August 17, 2026); reply brief in *United States v. New York*, No. 26-387 (2nd Cir.) (filed August 19, 2026); mandamus petition in *In re Trump*, No. 26-1336 (10th Cir.) (filed August 25, 2026); and response brief in *Fidelity v. Bessent*, No. 26-11307 (11th Cir.) (due on September 30). Daniel Tenny is the attorney with supervisory responsibility over this case. Mr. Tenny has responsibility for numerous other appellate matters with deadlines in the same period, including but not limited to supervisory responsibility for eight briefing deadlines and two oral arguments.

**3.** Counsel for Defendants-Appellees likewise have responsibility for several matters with deadlines during the briefing period. Counsel are the primary attorneys and supervisors on five matters with active briefing during that period and six matters in which oral argument is scheduled or likely to be scheduled during that period, as well as a trial

scheduled to begin in October. Counsel also have several planned, voluminous case filings in the last quarter of the year, as well as responsibilities unrelated to particular litigation.

**4.** The parties have agreed upon a modified briefing schedule that would provide sufficient time for all counsel without unduly delaying the briefing of the appeal. There is good cause for the requested additional time to ensure that counsel have adequate time to complete their internal review processes and to finalize their briefs in a way that will be most helpful to the Court.

The parties therefore respectfully move this Court to modify the briefing schedule as follows: Plaintiff's Opening Brief due on October 13, 2026; Defendants' Answering Brief due on December 3, 2026; and Plaintiff's Reply Brief due on December 30, 2026.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court enter the parties' proposed briefing schedule.

Respectfully submitted,


DEFENDANTS-APPELLEES

By their attorneys:

Michael Firestone
Corporation Counsel

/s/ Samuel B. Dinning
Samuel B. Dinning (First Circuit Bar No. 1215223)
Thomas J. Broom (First Circuit Bar No. 1207623)
Edward F. Whitesell, Jr. (First Circuit Bar No. 1122127)
Senior Assistant Corporation Counsels
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4034
samuel.dinning@boston.gov
thomas.broom@boston.gov
edward.whitesell@boston.gov

Toby Merrill (First Circuit Bar No. 1196009)
Erin Monju (First Circuit Bar No. 1225441)
Grace Lee (First Circuit Bar No. 1225442)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
erin@publicrightsproject.org

DANIEL TENNY

/s/ J. Kain Day
J. KAIN DAY
*Attorneys, Appellate Staff*
*Civil Division, Room 7235*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
(202) 514-4214

Counsel for United States

grace.lee@publicrightsproject.org

Dated: September 8, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 408 words, excluding those portions exempted by Rule 32(f). It also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/ J. Kain Day*
J. Kain Day

## CERTIFICATE OF SERVICE

I certify that on September 8, 2026, I filed and served the foregoing motion with the Clerk of the Court by causing a copy to be electronically filed via appellate CM/ECF. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ J. Kain Day*
J. Kain Day