# United States Court of Appeals
## For the First Circuit

No. 26-1852

UNITED STATES,

Plaintiff - Appellant,

v.

THE CITY OF BOSTON; MICHELLE WU, Mayor of The City of Boston, in the official capacity; MICHAEL A. COX, Police Commissioner, in the official capacity; BOSTON POLICE DEPARTMENT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: October 22, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, appellees' motion for an extension of time to file their response brief is denied as moot. Appellant's brief and appendix has been tendered, but not yet accepted by the court. Accordingly, the deadline for appellees to file their response brief has not yet been set. Appellees' brief will be due 30 days from when appellant's brief and appendix are accepted as filed in this court. See Fed. R. App. P. 31(a)(1); 1st Cir. R. 31.0(a)(1).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Daniel Tenny, Abraham R. George, J. Kain Day, Edward F. Whitesell Jr., Toby Merrill, Thomas Broom, Samuel Dinning, Erin Monju, Grace Lee, Jessie J. Rossman, Jared B. Cohen, Megan B. Bayer, Laura Greenberg-Chao, Austin Paganelli Anderson